IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ROBERT ATKINS,<br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT OF SCI SOMERSET, ATTORNEY GENERAL OF THE STATE OF PENNSYLVNAIA and DISTRICT ATTORNEY OF LANCASTER COUNTY, PA,<br>Respondents. | CIVIL ACTION<br><br><br><br>NO.  24-4488 |

**O R D E R**

**AND NOW**, this 8th day of April, 2025, upon consideration of Petition Under 28 U.S.C. § 2255 for Writ of Habeas Corpus submitted by *pro se* petitioner and the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos dated February 7, 2025, there being no objection to the Report and Recommendation despite the passage of time for doing so, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Pamela A. Carlos dated February 7, 2025, is **APPROVED** and **ADOPTED**.

2. The Petition Under 28 U.S.C. § 2255 for Writ of Habeas Corpus submitted by *pro se* petitioner is **DIMISSED WITH PREJUDICE** as untimely.

3. A certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural ruling with respect to petitioner's claims.  See 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4. The Clerk of Court shall **MARK** this case **CLOSED**.

BY THE COURT:
/s/ Hon. Kelley B. Hodge
_____
     HODGE, KELLEY B., J.